UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST, <br><br> Plaintiff, <br> v. <br><br> PACIFIC SHIP REPAIR & FABRICATION, INC., <br><br> Defendant <br><br> BANNER BANK, N.A., <br><br> Garnishee-Defendant. | CASE NO. 2:23-mc-00053-LK <br><br> ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER AND ORDER TO PAY |

**JUDGMENT SUMMARY**[1]

Judgment Creditor:            Puget Sound Electrical Workers Healthcare Trust

Garnishment Judgment Debtor:  Pacific Ship Repair & Fabrication, Inc.

Garnishment Judgment Amount:  $ 8,142.24

---

[1] The Court notes that Plaintiff did not submit a proposed judgment comporting with the form required under Section 6.27.270 of the Revised Code of Washington.

ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER AND ORDER TO PAY - 1

|   |   |
|---|---|
| Costs Judgment Debtor: | 280.00 |
| Costs Judgment Amount: | $   280.00 |
| Total Judgment Amount: | $ 8,142.24 |

Attorney for Judgment Creditor:  Jeffrey G. Maxwell, WSBA No. 33503
Barlow Coughran Morales & Josephson, P.S.

IT APPEARING THAT Defendant Pacific Ship Repair & Fabrication, Inc. was indebted to Defendant/Judgment Puget Sound Electrical Workers Healthcare Trust in the nonexempt amount of $8,142.24; that at the time the Writ of Garnishment was issued, Garnishee Defendant Banner Bank, N.A. had in its possession or control funds, personal property, or effects of Defendant; and that Plaintiff has incurred recoverable costs and attorney fees of $280.00; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff is awarded judgment against Garnishee Defendant, Banner Bank, N.A., in the amount of $8,142.24; that Plaintiff is awarded judgment against Defendant Pacific Ship Repair & Fabrication, Inc., in the amount of $280.00 for recoverable costs and attorney fees; that Garnishee Defendant shall pay its judgment amount to Plaintiff through the Registry of the Court; that, upon payment by the Garnishee Defendant of the aforementioned sum to the Registry of the Court, the Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $8,142.24; and that, upon receipt and deposit of the aforementioned sum, the Clerk is authorized and directed to draw a check on the funds deposited in the Registry of this Court in the principal amount of $8,142.24 plus all accrued interest, payable to Puget Sound Electrical Workers Healthcare Trust and mail or deliver the check

//

//

//

//

to Barlow Coughran Morales & Josephson, P.S., 1325 Fourth Avenue, Suite 910, Seattle, WA 98101. Garnishee Defendant is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

Dated this 3rd day of October, 2023.

*Lauren King*
Lauren King
United States District Judge

ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER AND ORDER TO PAY - 3